# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY RICHARDSON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-5072** |
| **v.** | : | |
| | : | |
| **ILYA DIDOK,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 17th day of September 2020, upon consideration of Defendants' *motion for partial judgment on the pleadings*, [ECF 39], Plaintiff's response in opposition thereto, [ECF 45], and the amended complaint, [ECF 18], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**. Accordingly, **JUDGMENT** is entered in favor of Defendants and against Plaintiff, with respect to Plaintiff's Fourteenth Amendment Equal Protection (Selective Enforcement) claim at Count III of Plaintiff's amended complaint.[1]

It is further **ORDERED** that Plaintiff's request for leave to amend is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] The remaining counts of Plaintiff's amended complaint (Counts I, II, and IV) remain viable at this time.